## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET B. KWOKA,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | C. A. No. 1:17-cv-01157 (DLF) |

## STIPULATION AND ORDER

    This Court entered an order on cross-motions for summary judgment in this case on September 28, 2018. Defendant Internal Revenue Service subsequently disclosed responsive records to Plaintiff. At this time, the issue of Plaintiff's claim for attorney's fees and costs is the only outstanding issue in the case. The parties have now reached an agreement with regard to attorney's fees and costs.

    The parties agree and stipulate as follows:

    1. The merits of this case were fully resolved in earlier proceedings in this case. This Stipulation and Order shall constitute a dismissal with prejudice of Plaintiff's claim for attorney's fees and costs in this case.

    2. Defendant shall pay to Public Citizen Litigation Group, counsel for Plaintiff, a lump sum of $81,138.50 in attorney's fees and costs in this matter.

    3. Payment of this sum shall constitute full and final settlement of all claims by Plaintiff for fees, costs, and expenses against Defendant in this action.

    4. The Court retains jurisdiction to enforce the provisions of this Stipulation and Order.

| | |
|---|---|
| Dated: June 24, 2021 | Respectfully submitted, |
| /s/ Adina H. Rosenbaum<br>Adina H. Rosenbaum<br>(DC Bar No. 490928)<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000<br><br>Attorney for Plaintiff | /s/ Stephanie Sasarak<br>Stephanie Sasarak<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Ben Franklin Station, P.O. Box 227<br>Washington, DC 20044<br>(202) 307-2089<br>(202) 514-6866 (fax)<br><br>Attorney for Defendant |

SO ORDERED, this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE